**Korey MARSHAL, Petitioner**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent**

**No. 476 MAL 2016**

Supreme Court of Pennsylvania.

DECIDED: June 20, 2017

### ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **GRANTED**, the order of the Commonwealth Court is **VACATED**, and the case is **REMANDED** for reconsideration in light of *Pittman v. Pa. Bd. of Prob. &*

*Parole*, 159 A.3d 466, 2017 WL 1489047 (Pa. 2017).